In the Matter of the Claim of Antonio Patti, Respondent, against Knickerbocker Fireproofing Company et al., Appellants.

State Industrial Board, Respondent.

Submitted February 24, 1939; decided April 4, 1939.

*Jeremiah F. Connor* for appellants.

*John J. Bennett, Jr., Attorney-General (Leon Freedman* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.